No. 79–1635. South Dakota v. Andrus, Secretary of the Interior, et al. C. A. 8th Cir. Certiorari denied.

No. 79–1641. Carter et al. v. United States. C. A. 10th Cir. Certiorari denied.

No. 79–1643. Bosco v. Beck, Region II Administrator, U. S. Environmental Protection Agency, et al. C. A. 3d Cir. Certiorari denied.

No. 79–1646. West Gulf Maritime Assn. v. Federal Maritime Commission et al. C. A. D. C. Cir. Certiorari denied.

No. 79–1647. Kowalik et ux. v. United States et al. C. A. 10th Cir. Certiorari denied.

No. 79–1652. Miller v. Landrieu, Secretary of Housing and Urban Development, et al. C. A. D. C. Cir. Certiorari denied.

No. 79–1653. Wearly et al. v. Federal Trade Commission et al. C. A. 3d Cir. Certiorari denied.

No. 79–1655. Heavy Lift Services, Inc. v. National Labor Relations Board. C. A. 5th Cir. Certiorari denied.

No. 79–1661. Kearney-National, Inc. v. Burndy Corp. C. A. 2d Cir. Certiorari denied.

No. 79–1667. Hannahville Indian Community et al. v. United States. Ct. Cl. Certiorari denied.